**STATE of Missouri, Plaintiff/Respondent,**

v.

**Robert L. MATT, Jr.,
Defendant/Appellant.**

No. 70119.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 8, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 14, 1997.

Application to Transfer Denied
June 17, 1997.

Deborah B. Wafer, Dist. Defender, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Lisa A. Fischer, Assistant Attorney General, Jefferson City, for plaintiff/respondent.

Before CRANE, P.J., and GERALD M. SMITH and PUDLOWSKI, JJ.

554

## SUMMARY ORDER

PER CURIAM.

Defendant, Robert L. Matt, Jr., appeals from judgments following verdicts by a jury convicting him of burglary in the second degree, § 569.170 RSMo 1994 and receiving stolen property, § 570.080 RSMo 1994. The judgments of conviction are supported by substantial evidence, are not against the weight of the evidence, and no error of law appears. A written opinion would serve no jurisprudential purpose. Defendant's sentencing was proper. *Johnson v. State*, 938 S.W.2d 264 (Mo.banc 1997).

Judgment affirmed. Rule 30.25(b).